```
McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ROGUE LOZANO-SALAS,<br><br>        Defendants. | CR. S-06-396 DFL<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br>Hon. David F. Levi |

    The parties request that the status conference currently set for March 15, 2007, be continued to May 10, 2007, and stipulate that the time beginning March 15, 2007, and extending through May 10, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, in order to permit the counsel a reasonable time for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel for both parties need more time to evaluate a possible plea disposition and information relevant to sentencing.  The parties stipulate and agree that the

1

interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: March 21, 2007          By:/s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant U.S. Attorney


Dated: March 21, 2007          By:/s/ Gilbert A. ROQUE
                                  GILBERT A. ROQUE
                                  Attorney for defendant
                                  Rogue Lozano-Salas


**ORDER**

The status conference in case number 06-396 DFL, currently set for March 15, 2007, is continued to May 10, 2007, and the time beginning March 15, 2007, and extending through May 10, 2007, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.


Dated: March 22, 2007
                               /s/ David F. Levi
                               DAVID F. LEVI
                               Chief United States District Judge