McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>                             )<br>                             )<br>ROQUE LOZANO-SALAS,          )<br>                             )<br>          Defendants.        )<br>_____) | CR. S-06-0396 DLJ<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br>Date: November 27, 2007<br>Time: 9:00 am<br>Court: Hon. D. Lowell Jensen |

    The parties request that the status conference set for Tuesday, November 27, 2007, at 9:00 am, be continued to Tuesday, January 8, 2008, at 9:00 a.m., and stipulate that the time beginning November 27, 2007, and extending through January 8, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The interests of justice warrant the exclusion of time in this case.  18 U.S.C. § 3161(h)(8)(A).  The defendant is also indicted in an unrelated drug conspiracy case currently before another court.  Plea negotiations are ongoing it that case and it has been continued until December 14, 2007.  Trailing this matter until resolution of the drug conspiracy case will permit

1

continuity of counsel and effective representation in this matter.  Id. at (B)(iv) and Local Code T4.

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: November 21, 2007			By:*/s/ Kyle Reardon*
						KYLE REARDON
						Assistant U.S. Attorney

Dated: November 21, 2007			By:*/s/ Kyle Reardon* for
						VITTORIA BOSSI
						Attorney for defendant

## ORDER

The motions hearing in case number S-06-0396 DLJ, currently set for November 27, 2007, at 9:00 a.m., is continued to January 8, 2007, at 9:00 a.m., and the time beginning November 27, 2007, and extending through January 8, 2007, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161(h)(8)(A) and Local Code T4.

IT IS SO ORDERED.

Dated: November 27, 2007
						/s/ D. Lowell Jensen
						D. LOWELL JENSEN
						United States District Judge

2