1    **VITTORIA M. BOSSI, SBN 154694**
     **CLAIR & BOSSI, RLLP**
2    **2155 West March Lane, Suite 1A**
     **Stockton, CA  95207**
3
     **Telephone:  (209) 477-1800**
4    **Facsimile:  (209) 477-1821**

5    **Attorney for Roque Lozano-Salas**

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9               **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   **UNITED STATES OF AMERICA,**

12        **Plaintiff,**                **Case Number s-06-0396 DLJ**

13   **vs.**                            **STIPULATION AND ORDER**
                                        **CONTINUING STATUS CONFERENCE**
14   **ROQUE LOZANO-SALAS,**
                                        **Date:  January 8, 2008**
15        **Defendant.**                **Time:  9:00 a.m.**
                                        **Court:  Hon. D. Lowell Jensen**
16
     _____/
17

18        The parties request that the status conference set for Tuesday, January 8, 2008, at 9:00

19   a.m., be continued to Tuesday, February 19, 2008, at 9:00 a.m., and stipulate that the time

20   beginning January 8, 2008, and extending through February 19, 2008, should be excluded from

21   the calculation of time under the Speedy Trial Act.  The interests of justice warrant the exclusion

22   of time in this case.  18 U.S.C. § 3161 (h)(8)(A).  The defendant is also indicted in an unrelated

23   drug conspiracy case currently before another court.  Plea negotiations are ongoing in that case

24   and it has been continued until January 25, 2008.  Trailing this matter until resolution of the drug

25   conspiracy case will permit continuity of counsel and effective representation in this matter.  *Id.* at

26   (B) (iv) and Local Code T4.

27

28
                                              1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

CLAIR & BOSSI, RLLP

Dated:  January 3, 2008

By   /s/ Vittoria M. Bossi
VITTORIA M. BOSSI
Attorney for Roque Lozano-Salas

Dated:  January 3, 2008

/s/  Kyle Reardon
Assistant U.S. Attorney

**ORDER**

The hearing in case number S-06-0396 DLJ, currently set for January 8, 2008, at 9:00 a.m., is continued to February 19, 2008, at 9:00 a.m., and the time beginning January 8, 2008, and extending through February 19, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 (h)(8)(A) and Local Code T4.

IT IS SO ORDERED

Dated:  January 7, 2008

/s/ D. Lowell Jensen
D. LOWELL JENSEN
United States District Judge

2

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com