1  VITTORIA M. BOSSI, SBN 154694
   CLAIR & BOSSI, RLLP
2  2155 West March Lane, Suite 1A
   Stockton, CA  95207
3
   Telephone:  (209) 477-1800
4  Facsimile:  (209) 477-1821

5  Attorney for Roque Lozano-Salas

6

7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,

12     Plaintiff,                    Case Number Cr.S-06-0396 DLJ

13 vs.                               STIPULATION AND ORDER
                                     CONTINUING STATUS CONFERENCE
14 ROQUE LOZANO-SALAS,
                                     Date:  February 19, 2008
15     Defendant.                    Time:  9:00 a.m.
                                     Court:  Hon. D. Lowell Jensen
16
   _____/
17

18      The parties request that the status conference set for Tuesday, February 19, 2008, at 9:00

19 a.m., be continued to Tuesday, April 22, 2008, at 9:00 a.m., and stipulate that the time beginning

20 February 19, 2008, and extending through April 22, 2008, should be excluded from the

21 calculation of time under the Speedy Trial Act.  The interests of justice warrant the exclusion of

22 time in this case.  18 U.S.C. § 3161 (h)(8)(A).  The defendant is also indicted in an unrelated

23 drug conspiracy case currently before another court.  Plea negotiations are ongoing in that case

24 and it has been continued until March 21, 2008.  Trailing this matter until resolution of the drug

25 conspiracy case will permit continuity of counsel and effective representation in this matter.  *Id.*

26 at (B) (iv) and Local Code T4.

27

28

1
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

Respectfully submitted,

CLAIR & BOSSI, RLLP

Dated: February 13, 2008          By   /s/ Vittoria M. Bossi
                                  VITTORIA M. BOSSI
                                  Attorney for Roque Lozano-Salas


Dated: February 13, 2008          /s/  Kyle Reardon
                                  Assistant U.S. Attorney


## ORDER

The hearing in case number S-06-0396 DLJ, currently set for February 19, 2008, at 9:00 a.m., is continued to April 22, 2008, at 9:00 a.m., and the time beginning February 19, 2008, and extending through April 22, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 (h)(8)(A) and Local Code T4.

IT IS SO ORDERED

Dated: February 14, 2008          _____
                                  D. LOWELL JENSEN
                                  United States District Judge