**VITTORIA M. BOSSI, SBN 154694**
**CLAIR & BOSSI**
**2155 West March Lane, Suite 1A**
**Stockton, CA  95207**

**Telephone:  (209) 477-1800**
**Facsimile:  (209) 477-1821**

**Attorney for Roque Lozano-Salas**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    **Plaintiff,**

vs.

**ROQUE LOZANO-SALAS,**

    **Defendant.**

_____/

**Case Number S-06-0396 JAM**

**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**

**Date:  May 13, 2008**
**Time:  9:00 a.m.**
**Court:  Hon. John A. Mendez**

    The parties request that the status conference set for Tuesday, May 13, 2008, at 9:00 a.m., be continued to Tuesday, September 9, 2008, at 9:00 a.m., and stipulate that the time beginning May 13, 2008, and extending through September 9, 2008, should be excluded from the calculation of time under the Speedy Trial Act.  The interests of justice warrant the exclusion of time in this case.  18 U.S.C. § 3161 (h)(8)(A).  The defendant is also indicted in an unrelated drug conspiracy case currently before another court.  Plea negotiations are ongoing in that case and a trial confirmation hearing has been set for November 14, 2008.  Trailing this matter until resolution of the drug conspiracy case will permit continuity of counsel and effective representation in this matter.  *Id.* at (B) (iv) and Local Code T4.

1
STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

CLAIR & BOSSI

Dated: May 6, 2008        By  /s/ Vittoria M. Bossi
                              VITTORIA M. BOSSI
                              Attorney for Roque Lozano-Salas


Dated: May 6, 2008        /s/  Kyle Reardon
                          Assistant U.S. Attorney


## ORDER

The hearing in case number Cr.S-06-0396 JAM, currently set for May 13, 2008, at 9:00 a.m., is continued to September 9, 2008, at 9:00 a.m., and the time beginning May 13, 2008, and extending through September 9, 2008, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 (h)(8)(A) and Local Code T4.

IT IS SO ORDERED

Dated: May 7, 2008        /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com