SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roque Lozano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.06-396 JAM |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Proposed Order** |
| ) | |
| ROQUE LOZANO, et. al., ) | Date: January 9, 2009 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. John A. Mendez |
| _____ ) | |

Defendant, Roque Lozano,by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Dan McConkie, hereby agree and stipulate that the status conference previously scheduled for September 9, 2008 should be re-set to January 9, 2009, and that date is available with the Court.

The parties agree that the status conference should be continued to January 9, 2009 to allow counsel sufficient time to investigate, prepare and continue negotiation. Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161(h)(1)(D) and pursuant to local code T4.

```
                                Respectfully submitted,

                                /s/ Shari Rusk
Dated: September 5, 2009        Shari Rusk
                                Attorney for Defendant
                                Roque Lozano



                                /s/ Dan McConkie
Dated: September 5, 2009        Dan McConkie
                                Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: September 5, 2008

```
                    /s/ John A. Mendez
                    Hon. John A. Mendez
                    United States District Court Judge
```

2