```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Roque Lozano
5
```

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10 UNITED STATES OF AMERICA,    ) NO. CR. S.06-396 JAM
                                )
11              Plaintiff,      )
                                ) **Stipulation to Continue Status**
12      v.                      ) **Conference and Order**
                                )
13 ROQUE LOZANO, et. al.,       ) Date: January 12, 2010
                                ) Time: 9:30 a.m.
14              Defendant.      ) Court: Hon. John A. Mendez
                                )
15 _____)
   ___
16
        Defendant, Roque Lozano,by and through his undersigned counsel
17
   and the United States, by and through Assistant United States
18
   Attorney Dan McConkie, hereby agree and stipulate that the status
19
   conference previously scheduled for May 12, 2009 should be re-set to
20
   January 12, 2010 at 9:30 a.m.
21
        The reason for this request is that Mr. Lozano is charged in
22
   indictment CR.S. 06-403 FCD with multiple co-defendants in a ten year
23
   mandatory minimum drug case.  It is anticipated that resolution of
24
   that matter, currently set for trial confirmation hearing on December
25
   18, 2009, will resolve the instant matter as well.  The parties agree
26
   that the status conference  should be continued to January 12, 2010
27
   and that time should be excluded for preparation of counsel under 18
28

U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

                                        Respectfully submitted,

Dated: May 6, 2009            /s/ Shari Rusk
                                Shari Rusk
                                Attorney for Defendant
                                Roque Lozano

Dated: May 6, 2009            /s/ Dan McConkie
                                Dan McConkie
                                Assistant United States Attorney

                                **ORDER**

IT IS SO ORDERED.

Dated: May 6, 2009

                                /s/ John A. Mendez
                                Hon. John A. Mendez
                                United States District Court Judge