SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roque Lozano

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.06-396 JAM |
| ) | |
| Plaintiff, ) | |
| ) | **Stipulation to Continue Status** |
| v. ) | **Conference & Order** |
| ) | |
| ROQUE LOZANO, et. al., ) | Date: March 30, 2010 |
| ) | Time: 9:30 a.m. |
| Defendant. ) | Court: Hon. John A. Mendez |
| ) | |
| _____ ) | |

   Defendant, Roque Lozano, by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Michael Anderson, hereby agree and stipulate that the status conference previously scheduled for January 12, 2010 should be re-set to March 30, 2010, and that date is available with the Court.

   Mr. Lozano is charged in Cr.S. 06-403 GEB. The parties anticipate that the resolution of that case will likely resolve this matter as well. The parties agree that the status conference should be continued to March 30, 2010 to allow counsel sufficient time to investigate, prepare and continue negotiation. Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b) and under § 3161 (h)(1)(D) and pursuant to local code T4.

Respectfully submitted,

Dated: January 8, 2010

/s/ Shari Rusk
Shari Rusk
Attorney for Defendant
Roque Lozano

Dated: January 8, 2010

/s/ Michael Anderson
Michael Anderson
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 01/11/2010

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

2