```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Roque Lozano
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | NO. CR. S.06-396 JAM |
|                                 ) | |
|            Plaintiff,           ) | |
|                                 ) | **Stipulation to Continue Status** |
|      v.                         ) | **Conference & Proposed Order** |
|                                 ) | |
| ROQUE LOZANO, et. al.,          ) | Date: September 14, 2010 |
|                                 ) | Time: 9:30 a.m. |
|            Defendant.           ) | Court: Hon. John A. Mendez |
|                                 ) | |
| _____ ) | |

    Defendant, Roque Lozano,by and through his undersigned counsel and the United States, by and through Assistant United States Attorney Michael Anderson, hereby agree and stipulate that the status conference previously scheduled for June 8, 2010 should be re-set to September 14, 2010 at 9:30 a.m., and that date is available with the Court.

    Mr. Lozano pled guilty in Cr.S. 06-403 GEB.  The government has agreed to dismiss the instant matter at the time of sentencing in Cr. S. 06-403, which is scheduled for August 20, 2010.  The parties agree that the status conference  should be continued to September 14, 2010 to trail sentencing in the other matter.  Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and under § 3161

1 | (h)(1)(D) and pursuant to local code T4.

```
                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: June 4, 2010                  Shari Rusk
                                    Attorney for Defendant
                                    Roque Lozano


_____     /s/ Michael Anderson
Dated: June 4, 2010                 Michael Anderson
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: 6/7/2010

```
                    /s/ John A. Mendez
                    Hon. John A. Mendez
                    United States District Court Judge
```

2