```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ROGUE LOZANO-SALAS,<br>　　aka Roque Salas-Lozano,<br>　　aka Felipe Salas-Lozano,<br>　　　　Defendant. | CR. No. S-06-396 JAM<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

　　　Pursuant to the terms of the plea agreement in <u>United States v. Roque</u>, 2:06-cr-403 GEB, the government hereby moves to dismiss without prejudice the indictment against ROGUE LOZANO-SALAS in the above-captioned case. <u>See</u> Fed. R. Crim. P. 48(a). The government, through its undersigned attorney, has communicated with defense counsel in this case, Shari Rusk, and she indicated that she has no objection to this motion.

////
////
////
////

1

DATED: August 18, 2010            Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  By:   /s/ Michele Beckwith
                                        MICHELE BECKWITH
                                        Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in the above-captioned case be dismissed against defendant ROGUE LOZANO-SALAS without prejudice in the interest of justice.

DATED: August 19, 2010            /s/ John A. Mendez
                                  HON. JOHN A. MENDEZ
                                  United States District Judge

2